# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 22-132-GW-JCx | Date | October 26, 2023 |
| Title | *Deshawn M. Wright v. City of San Bernardino, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric C. Morris | Scott J. Carpenter |
| | Scott W. Davenport |

**PROCEEDINGS:** **DEFENDANTS CITY OF SAN BERNARDINO AND OFFICER KERIE BROWN'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [49]; and DEFENDANT IMRAN AHMED'S MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OF ISSUES [52]**

The Court's Tentative Ruling on Defendants' Motions [49, 52], was issued on October 25, 2023 [71]. Oral argument is held. For reasons stated on the record, Defendants' Motions are TAKEN UNDER SUBMISSION.

Court and counsel discuss scheduling. The parties are to meet and confer, and file a stipulation to extend dates by no later than October 30, 2023.

| | : | 15 |
|---|---|---|
| | Initials of Preparer | JG |