UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 22-132-GW-JCx | Date | December 13, 2023 |
| Title | *Deshawn M. Wright v. City of San Bernardino, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Conditional Settlement [75] was filed on December 12, 2023. The Court hereby vacates all currently set dates, sets an order to show re: settlement hearing for February 15, 2024 at 8:30 a.m. The parties are to file a joint report by noon on February 13, 2024.

| | : |
|---|---|
| Initials of Preparer | JG |