1  **STEVEN J. ROTHANS – State Bar No. 106579**
   **SCOTT J. CARPENTER – State Bar No. 253339**
2  **CARPENTER, ROTHANS & DUMONT LLP**
   500 S. Grand Avenue, 19th Floor
3  Los Angeles, CA 90071
   srothans@crdlaw.com / scarpenter@crdlaw.com
4
5  Attorneys for Defendants, City of San Bernardino, a public entity, and Officer Kerie Brown, a public employee

6  **SKAPIK LAW GROUP**
   **Mark J. Skapik (SBN 164957)**
7  **Geralyn L. Skapik (SBN 145055)**
   **Blair J. Berkley (SBN 222293)**
8  **Matthew T. Falkenstein (SBN 333302)**
   5861 Pine Avenue, Suite A-1 Chino Hills, California
9  mskapik@skapiklaw.com / gskapik@skapiklaw.com /
   bberkley@skapiklaw.com / mfalkenstein@skapiklaw.com
10
11  Attorneys for Plaintiff, Deshawn M. Wright

12  **James R. Touchstone, SBN 184584**
      jrt@jones-mayer.com
    **Denise L. Rocawich, SBN 232792**
13    dlr@jones-mayer.com
    **JONES MAYER**
14  **3777 North Harbor Boulevard**
    **Fullerton, CA 92835**
15
    Attorneys for Defendant, Sgt. Imran Ahmed
16

17                UNITED STATES DISTRICT COURT
18                CENTRAL DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| DESHAWN M. WRIGHT, | Case No.: 5:22-cv-00132-GW-JC |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| CITY OF SAN BERNARDINO, IMRAN AHMED, an individual; K. BROWN, an individual and DOES 1 through 10, inclusive, | Fed. R. Civ. P. 41(a)(1) |
| Defendants. | |

- 1 -

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective counsel of record, that this matter be dismissed in its entirety as to all Defendants with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Each party will bear their own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

///

DATED: February 2, 2024        CARPENTER, ROTHANS & DUMONT LLP

By: */s/ Scott J. Carpenter*
Steven J. Rothans
Scott J. Carpenter
Attorneys for Defendants,
City of San Bernardino and
Officer Kerie Brown

DATED: February 2, 2024        SKAPIK LAW GROUP

By: /s/
Mark J. Skapik
Geralyn L. Skapik
Matthew T. Falkenstein
Eric C. Morris
Attorneys for Plaintiff,
Deshawn M. Wright

DATED: February 2, 2024        JONES & MAYER

By: /s/
James R. Touchstone
Denise L. Rocawich
Attorneys for Defendant,
Sgt. Imran Ahmed

///

///

///

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

Per L.R. 5-4.3.4(a)(2) I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 2, 2024            CARPENTER, ROTHANS & DUMONT LLP

           */s/ Scott J. Carpenter*
       By: _____
         Scott J. Carpenter
         Attorneys for Defendants,
         City of San Bernardino and
         Officer Kerie Brown

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE