JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN M. WRIGHT,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SAN BERNARDINO, IMRAN AHMED, an individual; K. BROWN, an individual and DOES 1 through 10, inclusive,<br><br>　　　Defendants. | Case No.: EDCV 22-132-GW-JCx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

　　　IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice in its entirety as to all defendants pursuant to Fed. R. Civ. P. 41(a)(1).

　　　IT IS SO ORDERED.

DATED: February 5, 2024

_____
HON. GEORGE H. WU,
United States District Judge

- 1 -

[Proposed] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE